UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SHANE RUSSELL SAVAGE #08391-046**    **CASE NO.  1:25-CV-00810 SEC P**

**VERSUS**    **JUDGE EDWARDS**

**K GOLDEY**    **MAG. JUDGE PEREZ-MONTES**

JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge (Doc. 10), the Objection thereto filed by Petitioner (Doc. 11), and,

after a *de novo* review of the record, finding the recommendation to be correct under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 24th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE